

**Claims Register as of 10/4/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Datasite LLC | Attn: Leif Simpson | The Baker Center | 733 S Marquette Ave | Suite 600 | Minneapolis | MN | 55402 | | 03/16/2021 | General Unsecured | $12,115.84 | $12,115.84 | | | |
| 20 | RePET Inc. | Attn: Jui-Li Yen & Jay Chein | 14207 Monte Vista Ave | | | Chino | CA | 91710 | | 03/16/2021 | General Unsecured | $587,732.16 | $587,732.16 | | | |
| 22 | CDW Direct LLC | c/o CDW LLC | Attn: Ronelle Erickson | 200 N Milwaukee Ave | | Vernon Hills | IL | 60061 | | 03/11/2021 | General Unsecured Priority | $3,825.00 | $0.00 | | $3,825.00 | |
| 23 | M.A. Yeakel Sons Inc. | Attn: Zachary Cohen | 1620 Pond Rd | Suite 200 | | Allentown | PA | 18104 | | 03/16/2021 | General Unsecured | $0.00 | Expunged | | | |
| 34 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/18/2021 | General Unsecured | $45,270.38 | $45,270.38 | | | |
| 39 | KRS Recycling Systems Inc. | Attn: Cathy Federspiel | 1903 Maryland Ave | | | Niagara Falls | NY | 14305 | | 03/19/2021 | General Unsecured | $1,472.67 | $1,472.67 | | | |
| 51 | Fastenal Company | c/o Legal Department | Attn: John Milek | 2001 Theurer Blvd | PO Box 978 | Winona | MN | 55987 | | 03/18/2021 | General Unsecured Administrative Priority | $8,249.08 | $2,246.62 | | | $6,002.46 |
| 60 | Linguistic Systems Inc. | Attn: Dana Stone | 260 Franklin St | Suite 230 | | Boston | MA | 02110 | | 03/23/2021 | Administrative Priority | $2,316.73 | | | | $2,316.73 |
| 65 | California Tool & Welding Supply | Attn: Sevina Bega | 201 Main St | | | Riverside | CA | 92501 | | 03/24/2021 | General Unsecured | $12,937.92 | $12,937.92 | | | |
| 66 | Reign Industries Inc. | Attn: Shahriar Sadeghi | 357 Cliffwood Park St | Suite A | | Brea | CA | 92821 | | 03/24/2021 | General Unsecured | $840.00 | $840.00 | | | |
| 71 | System Packaging Co. | | 5690 Rickenbacker Rd | | | Bell | CA | 90201 | | 03/25/2021 | General Unsecured | $1,270.65 | $1,270.65 | | | |
| 75 | Chesapeake Materials | Coface North America Insurance Company | 650 College Rd E | Suite 2005 | | Princeton | NJ | 08540 | | 03/26/2021 | General Unsecured | $0.00 | Expunged | | | |
| 76 | Sulzer Electro-Mechanical Services (US) Inc. | Attn: Gabriela Espinoza-Campos | 1910 Jasmine Dr | | | Pasadena | TX | 77503 | | 03/26/2021 | General Unsecured | $11,328.91 | $11,328.91 | | | |
| 77 | Yokogawa Corporation of America | Attn: Yokogawa Legal Department | 12530 W Airport Blvd | | | Sugar Land | TX | 77478 | | 03/26/2021 | General Unsecured | $1,960.00 | $1,960.00 | | | |
| 78 | Clearfreight Inc. | Attn: P D von Geusau | 1960 E Grand Ave | Suite 700 | | El Segundo | CA | 90245 | | 03/26/2021 | General Unsecured Administrative Priority | $1,825.22 | $1,042.57 | | | $782.65 |
| 83 | Beckart Environmental Inc. | Attn: Lori Thomason | 6900 46th St | | | Kenosha | WI | 53144 | | 03/29/2021 | General Unsecured | $2,007.08 | $2,007.08 | | | |
| 86 | Dorstener Wire Tech Inc. | | 19994 Hickory Twig Way | | | Spring | TX | 77388 | | 03/30/2021 | General Unsecured | $18,692.10 | $18,692.10 | | | |
| 94 | American Starlinger-Sahm Inc. | c/o Haynsworth Sinkler Boyd PA | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | Columbia | SC | 29211 | | 03/30/2021 | General Unsecured | $0.00 | Expunged | | | |
| 97 | American Starlinger-Sahm Inc. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 04/02/2021 | General Unsecured | $117,844.45 | $117,844.45 | | | |
| 106 | Tigunia LLC | Attn: Bret Weber | PO Box 31014 | | | Edmond | OK | 73003 | | 04/01/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 109 | Uline | Attn: Nancy L Halcom | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 03/30/2021 | General Unsecured | $11,612.63 | $11,612.63 | | | |
| 112 | Veritiv Operating Company | c/o Commercial Collection Corp of NY | Attn: John Holler | 34 Seymour St | | Tonawanda | NY | 14150 | | 04/01/2021 | General Unsecured | $1,550.00 | $1,550.00 | | | |
| 113 | Naomi Levy | | Address Redacted | | | | | | | 04/02/2021 | General Unsecured | $27,564.00 | $27,564.00 | | | |
| 120 | Frasco Inc. | dba Profiles | Attn: Horacio Durazo | 215 W Alameda Ave | | Burbank | CA | 91502 | | 04/05/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 130 | WM Recycle America LLC | Attn: Jacquolyn Mills | 800 Capitol St | Suite 3000 | | Houston | TX | 77002 | | 04/07/2021 | General Unsecured | $5,655.00 | $5,655.00 | | | |
| 138 | Cyntox LLC | | PO Box 930 | | | Jackson | NJ | 08527 | | 04/09/2021 | General Unsecured | $627.20 | $627.20 | | | |
| 141 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | | 04/12/2021 | General Unsecured Secured Administrative Priority | $6,133,624.38 | $5,639,168.38 | Unknown | | $494,456.00 |
| 146 | Iraj and Shirin Maroofian Trust 2008 | | Address Redacted | | | | | | | 04/13/2021 | General Unsecured | $93,336.00 | $93,336.00 | | | |
| 147 | Euler Hermes N.A as Agent for TRINITY LOGISTICS, INC (431163) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/14/2021 | General Unsecured | $58,937.51 | $58,937.51 | | | |
| 150 | Euler Hermes N.A as agent for FAIRMONT LOGISTICS LLC (CLUS001577) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/15/2021 | General Unsecured | $0.00 | Expunged | | | |
| 152 | Warner & Warner Inc. | Attn: Judy Kirschling | PO Box 308 | 4020 Corporate Ave | | Plover | WI | 54467 | | 04/15/2021 | General Unsecured | $113,751.46 | $113,751.46 | | | |
| 154 | Assessment Counselling Services LLC | Attn: Robert Slavin | 125 Auburn Ct | Suite 210 | | Westlake Village | CA | 91362 | | 04/15/2021 | General Unsecured | $90,461.00 | $90,461.00 | | | |
| 156 | Chesapeake Material Services LLC | Attn: Mark I. Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 04/16/2021 | General Unsecured | $0.00 | Expunged | | | |
| 162 | Lexmar Distribution Inc. | Attn: Vahe Avedisian | 200 Erie St | | | Pomona | CA | 91768 | | 04/16/2021 | General Unsecured | $171,444.07 | $171,444.07 | | | |
| 163 | IHS Global Inc. | Attn: Kendra Montoya | 15 Inverness Way E | | | Englewood | CO | 80112 | | 04/16/2021 | General Unsecured | $5,833.53 | $5,833.53 | | | |
| 164 | Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 04/18/2021 | General Unsecured | $142,390.38 | $142,390.38 | | | |
| 168 | Mr. Crane | Attn: Robert Schiller | 647 N Hariton St | | | Orange | CA | 92868 | | 04/19/2021 | General Unsecured | $10,817.70 | $10,817.70 | | | |
| 171 | Athens Services | c/o Sheppard Mullin Richter Hampton LLP | Attn: Robert K. Sahyan | 4 Embarcadero Center | 17th Floor | San Francisco | CA | 94111 | | 04/19/2021 | General Unsecured | $92,856.24 | $92,856.24 | | | |
| 183 | Riverside County Tax Collector | Attn: Adelina Abril | 4080 Lemon St | 4th Floor | | Riverside | CA | 92501 | | 04/12/2021 | General Unsecured | $861,676.01 | $861,676.01 | | | |
| 198 | Bahman Farahnik | | 872 Michigan Ave | | | Riverside | CA | 92507 | | 04/22/2021 | General Unsecured | $380,000.00 | $380,000.00 | | | |
| 206 | CLI Mason LLC | Attn: Benjamin Shapiro | 400 N Michigan Ave | Suite 250 | | Chicago | IL | 60611 | | 04/23/2021 | General Unsecured | $4,258,299.64 | $4,258,299.64 | | | |
| 212 | J Thompson Electric | Attn: James F Thompson | 594 S State College Blvd | | | Fullerton | CA | 92831 | | 04/26/2021 | General Unsecured | $105,864.00 | $105,864.00 | | | |
| 214 | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Avenue of the Americas | 41st Floor | | New York | NY | 10036 | | 04/26/2021 | General Unsecured | $51,244.51 | $51,244.51 | | | |
| 216 | Cigna Health and Life Insurance Company | Attn: Marylou Rice, Legal Compliance Lead Analyst | 900 Cottage Grove Rd | B6LPA | | Hartford | CT | 06152 | | 04/26/2021 | Priority Administrative Priority | $16,215.13 | | | $7,210.27 | $9,004.86 |
| 217 | Rainbow Bolt & Supply Inc. | | 4030 Garner Rd | | | Riverside | CA | 92501 | | 04/26/2021 | General Unsecured | $443.57 | $443.57 | | | |
| 218 | Bijan Nahai | | 487 Saint Pierre Rd | | | Los Angeles | CA | 90077 | | 04/26/2021 | General Unsecured | $87,780.26 | $87,780.26 | | | |
| 226 | Sesotec Inc. | c/o Ariano Hardy Ritt Nyuli Richmond Lytle & Goettel PC | Attn: Scott Richmond | 2000 McDonald Rd | Suite 200 | South Elgin | IL | 60177 | | 04/28/2021 | General Unsecured | $0.00 | Expunged | | | |
| 228 | Howard Roofing Company Inc. | | 245 N Mountain View Ave | | | Pomona | CA | 91767 | | 04/28/2021 | General Unsecured | $128,792.00 | $128,792.00 | | | |
| 236 | Max-California Associates, a California General Partnership | | 9440 Santa Monica Blvd | Suite 700 | | Beverly Hills | CA | 90210 | | 04/30/2021 | General Unsecured | $138,529.00 | $138,529.00 | | | |
| 237 | Max-California Associates, a California General Partnership | | 9440 Santa Monica Blvd | Suite 700 | | Beverly Hills | CA | 90210 | | 04/30/2021 | General Unsecured | $401,870.00 | $401,870.00 | | | |
| 238 | Max-California Associates, a California General Partnership | | 9440 Santa Monica Blvd | Suite 700 | | Beverly Hills | CA | 90210 | | 04/30/2021 | General Unsecured | $1,427,412.00 | $1,427,412.00 | | | |
| 241 | Kohner Mann & Kailas SC | Attn: Samuel C. Wisotzkey, Esq. | 4650 N Port Washington Rd | Washington Bldg | | Milwaukee | WI | 53212 | | 05/03/2021 | Secured | $0.00 | | Withdrawn | | |
| 242 | LJ's Access Systems Inc. | | 8755 Swinton Ave | | | North Hills | CA | 91343 | | 05/03/2021 | General Unsecured | $1,329.48 | $1,329.48 | | | |
| 245 | Benjamin Broukhim | | Address Redacted | | | | | | | 05/03/2021 | General Unsecured Secured | $408,000.00 | $408,000.00 | Unknown | | |
| 246 | Revel Environmental Manufacturing Inc | Attn: Judith Hart | 960 B Detroit Ave | | | Concord | CA | 94518 | | 05/04/2021 | General Unsecured | $4,499.76 | $4,499.76 | | | |
| 257 | Starlinger + CO. Gesellschaft m.b.H. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 05/06/2021 | Secured | $0.00 | | Expunged | | |
| 259 | GP Harmon Recycling LLC | Attn: Robia Wilson | 133 Peachtree St | | | Atlanta | GA | 30303 | | 05/06/2021 | General Unsecured | $93,779.60 | $93,779.60 | | | |
| 261 | Joseph and Shiva Daneshgar, The Joseph & Shiva Daneshgar Family Living Trust | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $731,762.76 | $731,762.76 | | | |
| 262 | George and Soheila Daneshgar, Trustees of the George and Soheila Daneshgar Family Living Trust Dtd 3/14/2003 | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $731,017.13 | $731,017.13 | | | |
| 263 | George and Soheila Daneshgar, Trustees of the George and Soheila Daneshgar Family Living Trust Dtd 3/14/2003 | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $731,476.26 | $731,476.26 | | | |
| 264 | Joseph and Shiva Daneshgar, The Joseph & Shiva Daneshgar Family Living Trust | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $161,868.13 | $161,868.13 | | | |
| 265 | George and Soheila Daneshgar, Trustees of the George and Soheila Daneshgar Family Living Trust Dtd 3/14/2003 | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $161,868.13 | $161,868.13 | | | |



**Claims Register as of 10/4/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 266 | Olympic Wire and Equipment Co. Inc. | | 3001 Red Hill Ave | Bldg 2 | Suite 102 | Costa Mesa | CA | 92626 | | 05/07/2021 | General Unsecured | $1,288.19 | $1,288.19 | | | |
| 274 | Evoqua Water Technologies LLC | | 10 Technology Dr | | | Lowell | MA | 01851 | | 05/10/2021 | General Unsecured | $0.00 | Expunged | | | |
| 280 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/11/2021 | General Unsecured | $253,707.46 | $253,707.46 | | | |
| 283 | TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 | | 05/11/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 284 | Employment Development Department | c/o Special Procedures Section | PO Box 826880 | MIC 92E | | Sacramento | CA | 94280-0001 | | 05/10/2021 | Administrative Priority | $40,141.56 | | | | $40,141.56 |
| 285 | Cellco Partnership d/b/a Verizon Wireless | Attn: William M Vermette | 22001 Loudoun County Pkwy | | | Ashburn | VA | 20147 | | 05/12/2021 | General Unsecured | $5,589.35 | $5,589.35 | | | |
| 289 | Gorilla Logistics | | PO Box 244 | | | Avondale | PA | 19311 | | 05/12/2021 | General Unsecured | $41,750.00 | $41,750.00 | | | |
| 291 | Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 05/12/2021 | General Unsecured | $1,261.84 | $1,261.84 | | | |
| 299 | Sidley Austin LLP | | One South Dearborn | | | Chicago | IL | 60603 | | 05/14/2021 | General Unsecured | $28,469.84 | $28,469.84 | | | |
| 306 | Replenysh Inc. | | PO Box 515381 | PMB 83530 | | Los Angeles | CA | 90051-6681 | | 05/17/2021 | General Unsecured | $145,079.80 | $145,079.80 | | | |
| 308 | Monteleone & McCrory, LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/17/2021 | General Unsecured | $10,289.75 | $10,289.75 | | | |
| 314 | 2245 Valley LLC | c/o Menke Law Firm APC | 5000 E Spring St | Suite 405 | | Long Beach | CA | 90815 | | 05/18/2021 | General Unsecured | $679,798.88 | $679,798.88 | | | |
| 316 | Bantam Materials International | Attn: Carolina Velarde | 4211 Sainte Catherine St W | Suite 201 | | Westmount | QC | H3Z1P6 | Canada | 05/18/2021 | General Unsecured | $1,490,585.76 | $1,490,585.76 | | | |
| 320 | Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy Kleinman | 1327 W Washington Blvd | Suite 5 G-H | Chicago | IL | 60607 | | 05/18/2021 | General Unsecured | $381,884.26 | $381,884.26 | | | |
| 321 | City of Riverside | Attn: Finance Division & Public Utilities | 3900 Main St | 6th Floor | | Riverside | CA | 92522 | | 05/18/2021 | General Unsecured | $4,375,896.89 | $4,375,896.89 | | | |
| 333 | Fairmont Logistics LLC | | 9401 Wilshire Blvd | Suite 575 | | Beverly Hills | CA | 90212 | | 05/19/2021 | General Unsecured | $300,853.00 | $300,853.00 | | | |
| 335 | American Rail Center Logistics | Attn: Beth Anne Jacobs | 6722 Commodore Dr | | | Walbridge | OH | 43465 | | 05/19/2021 | General Unsecured | $1,501.52 | $1,501.52 | | | |
| 336 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $360,993.46 | $360,993.46 | | | |
| 350 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | Secured | $0.00 | | Expunged | | |
| 354 | Nahai Insurance Services Inc. | c/o Polsinelli LLP | Attn: Randye Soref | 2049 Century Park E | Suite 2900 | Los Angeles | CA | 90067 | | 05/19/2021 | General Unsecured | $46,817.52 | $46,817.52 | | | |
| 356 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 362 | Canon Financial Services | Attn: Michael Tafilowski | 158 Gaither Dr | | | Mount Laurel | NJ | 08054 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 379 | Luckey Logistics LLC | c/o James Kelly Law Firm | 7817 N Knoxville | | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 381 | Plastic Recycling Corp. of California | c/o Sheppard Mullin Richter Hampton LLP | Attn: Barrett Marum | 379 Lytton Ave | | Palo Alto | CA | 94301-1479 | | 05/20/2021 | General Unsecured | $965,078.67 | $965,078.67 | | | |
| 382 | Clean Water Technology Inc. | Attn: Johanna Parra | 13008 S Western Ave | | | Gardena | CA | 90249 | | 05/20/2021 | General Unsecured | $60,489.05 | $60,489.05 | | | |
| 385 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 05/21/2021 | General Unsecured | $0.00 | Unliquidated | | | |
| 387 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 05/21/2021 | General Unsecured | $0.00 | Unliquidated | | | |
| 390 | Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 | | 05/21/2021 | General Unsecured | $341,811.41 | $341,811.41 | | | |
| 393 | Microsoft Corporation | c/o Fox Rothschild LLP | Attn: Maria A. Milano | 1001 4th Ave | Suite 4500 | Seattle | WA | 98154 | | 05/21/2021 | General Unsecured Administrative Priority | $26,667.27 | $25,206.40 | | | $1,460.87 |
| 396 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 406 | Farhad Hekmat | | Address Redacted | | | | | | | 05/26/2021 | General Unsecured | $0.00 | Expunged | | | |
| 419 | rPlanet Earth Los Angeles LLC | | 5300 S Boyle Ave | | | Vernon | CA | 90058 | | 06/11/2021 | General Unsecured | $1,037,481.15 | $1,037,481.15 | | | |
| 420 | Canon Solutions America Inc. | Attn: Annette Emery | 300 Commerce Square Blvd | | | Burlington | NJ | 08016 | | 06/15/2021 | General Unsecured | $506.25 | $506.25 | | | |
| 421 | Gregg Milhaupt Jr. | | Address Redacted | | | | | | | 06/16/2021 | General Unsecured Priority | $34,615.38 | $23,210.91 | | $11,404.47 | |
| 427 | Vijendra Siddhi | | Address Redacted | | | | | | | 06/20/2021 | General Unsecured Priority | $17,306.61 | $3,656.61 | | $13,650.00 | |
| 428 | California Department of Tax and Fee Administration | | PO Box 942879 | | | Sacramento | CA | 94279-0055 | | 06/18/2021 | General Unsecured Priority | $116,985.18 | $67,598.13 | | $49,387.05 | |
| 431 | Jose Franco | | Address Redacted | | | | | | | 06/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 432 | Aniceta Cruz | | Address Redacted | | | | | | | 06/22/2021 | Priority | $2,569.34 | | | $2,569.34 | |
| 433 | Diana Rivera | | Address Redacted | | | | | | | 06/23/2021 | General Unsecured Priority | $895.69 | $345.61 | | $550.08 | |
| 436 | Kimball Smith | | Address Redacted | | | | | | | 06/26/2021 | Priority | $9,192.01 | | | $9,192.01 | |
| 438 | International Forklift Co. Inc. | Attn: Sal Andalon | 12358 McCann Dr | | | Santa Fe Springs | CA | 90670 | | 06/28/2021 | Administrative Priority | $24,982.21 | | | | $24,982.21 |
| 441 | Toyota Industries Commercial Finance Inc. | | PO Box 660926 | | | Dallas | TX | 75266-0926 | | 06/29/2021 | Administrative Priority | $26,690.61 | | | | $26,690.61 |
| 444 | Jose Franco | | Address Redacted | | | | | | | 06/30/2021 | Administrative Priority | $8,646.67 | | | | $8,646.67 |
| 446 | MD Environmental Inc. | Attn: Mario Delgado | 12756 Central Ave | | | Chino | CA | 91710 | | 06/30/2021 | Administrative Priority | $0.00 | Expunged | | | |
| 447 | Datasite LLC | Attn: Leif Simpson | The Baker Center | 733 S Marquette Ave | Suite 600 | Minneapolis | MN | 55402 | | 07/01/2021 | Administrative Priority | $27,917.57 | | | | $27,917.57 |
| 448 | Rich Costa | | Address Redacted | | | | | | | 07/01/2021 | General Unsecured Priority | $24,530.40 | $10,880.40 | | $13,650.00 | |
| 449 | Leon Farahnik | | Address Redacted | | | | | | | 07/02/2021 | Priority | $7,617.60 | | | $7,617.60 | |
| 450 | Farhad Hekmat | | Address Redacted | | | | | | | 07/06/2021 | Administrative Priority | $87,780.26 | | | | $87,780.26 |
| 453 | Cigna Health and Life Insurance Company | Attn: Marylou Rice, Legal Compliance Lead Analyst | 900 Cottage Grove Rd | B6LPA | | Hartford | CT | 06152 | | 07/07/2021 | Administrative Priority | $22,252.21 | | | | $22,252.21 |
| 455 | Major Science/Winpact Scientific Inc. | | 19959 Sea Gull Way | | | Saratoga | CA | 95070 | | 07/09/2021 | Administrative Priority | $0.00 | Expunged | | | |
| 456 | Innovative Material Handling Systems | Attn: James Nicholas | 17 Landing Rd | | | Gloucester | MA | 01930 | | 07/09/2021 | Administrative Priority | $0.00 | Expunged | | | |
| 462 | Behrooz Broukhim Inc MD Pension Trust | | 10640 Riverside Dr | | | North Hollywood | CA | 91602 | | 07/12/2021 | Administrative Priority | $250,000.00 | | | | $250,000.00 |
| 465 | Inductive Automation LLC | Attn: Ilene Block, Noah Black | 90 Blue Ravine Rd | | | Folsom | CA | 95630 | | 07/15/2021 | General Unsecured | $5,133.48 | $5,133.48 | | | |
| 466 | JT Mckinney | Attn: Jennifer Delgadillo | 2601 Saturn St | Suite 110 | | Brea | CA | 92821 | | 07/19/2021 | General Unsecured | $29,364.68 | $29,364.68 | | | |
| 468 | Vega America Inc. | | 5000 Birch St | Suite 4500 | | Newport Beach | CA | 92660 | | 07/19/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 470 | Gerardo Barcenas | | Address Redacted | | | | | | | 07/19/2021 | Priority | $850.14 | | | $850.14 | |
| 472 | California Department of Tax and Fee Administration | Attn: Collections Support Bureau | PO Box 942879 | MIC:55 | | Sacramento | CA | 94279-0055 | | 07/19/2021 | Administrative Priority | $10,255.33 | | | | $10,255.33 |
| 478 | Mr. Crane | Attn: Robert Schiller | 647 N Hariton St | | | Orange | CA | 92868 | | 07/22/2021 | General Unsecured Administrative Priority | $11,791.32 | $11,791.32 | | | $0.00 |
| 479 | Life Insurance Company of North America | Attn: Lisa Durrenberger, Senior Specialist | 1601 Chestnut St | | | Philadelphia | PA | 19192 | | 07/22/2021 | Administrative Priority | $4,000.00 | | | | $4,000.00 |
| 482 | Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy Kleinman | 1327 W Washington Blvd | Suite 5 G-H | Chicago | IL | 60607 | | 07/23/2021 | Administrative Priority | $54,000.00 | | | | $54,000.00 |
| 483 | Kamran H. Broukhim, MD DBPP | | Address Redacted | | | | | | | 07/23/2021 | Administrative Priority | $225,000.00 | | | | $225,000.00 |
| 486 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 07/28/2021 | Administrative Priority | $7,638.82 | | | | $7,638.82 |
| 492 | Franchise Tax Board | Attn: Bankruptcy Section | PO Box 2952 | MS A340 | | Sacramento | CA | 95812-2952 | | 08/03/2021 | Priority | $800.00 | | | $800.00 | |
| 497 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 08/10/2021 | General Unsecured | $6,506,282.00 | $6,506,282.00 | | | |
| 500 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 08/11/2021 | General Unsecured | $2,256,649.02 | $2,256,649.02 | | | |
| 507 | Lexmar Distribution Inc. | Attn: Alexander Kole | 200 Erie St | | | Pomona | CA | 91768 | | 09/05/2021 | General Unsecured | $1,463,496.51 | $1,463,496.51 | | | |



## Claims Register as of 10/4/2021
Sorted by Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 314 | 2245 Valley LLC | c/o Menke Law Firm APC | 5000 E Spring St | Suite 405 | | Long Beach | CA | 90815 | | 05/18/2021 | General Unsecured | $679,798.88 | $679,798.88 | | | |
| 335 | American Rail Center Logistics | Attn: Beth Anne Jacobs | 6722 Commodore Dr | | | Walbridge | OH | 43465 | | 05/19/2021 | General Unsecured | $1,501.52 | $1,501.52 | | | |
| 94 | American Starlinger-Sahm Inc. | c/o Haynsworth Sinkler Boyd PA | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | Columbia | SC | 29211 | | 03/30/2021 | General Unsecured | $0.00 | Expunged | | | |
| 97 | American Starlinger-Sahm Inc. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 04/02/2021 | General Unsecured | $117,844.45 | $117,844.45 | | | |
| 432 | Aniceta Cruz | | Address Redacted | | | | | | | 06/22/2021 | Priority | $2,569.34 | | | $2,569.34 | |
| 154 | Assessment Counselling Services LLC | Attn: Robert Slavin | 125 Auburn Ct | Suite 210 | | Westlake Village | CA | 91362 | | 04/15/2021 | General Unsecured | $90,461.00 | $90,461.00 | | | |
| 171 | Athens Services | c/o Sheppard Mullin Richter Hampton LLP | Attn: Robert K. Sahyan | 4 Embarcadero Center | 17th Floor | San Francisco | CA | 94111 | | 04/19/2021 | General Unsecured | $92,856.24 | $92,856.24 | | | |
| 198 | Bahman Farahnik | | 872 Michigan Ave | | | Riverside | CA | 92507 | | 04/22/2021 | General Unsecured | $380,000.00 | $380,000.00 | | | |
| 356 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 316 | Bantam Materials International | Attn: Carolina Velarde | 4211 Sainte Catherine St W | Suite 201 | | Westmount | QC | H3Z1P6 | Canada | 05/18/2021 | General Unsecured | $1,490,585.76 | $1,490,585.76 | | | |
| 34 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/18/2021 | General Unsecured | $45,270.38 | $45,270.38 | | | |
| 83 | Beckart Environmental Inc. | Attn: Lori Thomason | 6900 46th St | | | Kenosha | WI | 53144 | | 03/29/2021 | General Unsecured | $2,007.08 | $2,007.08 | | | |
| 462 | Behrooz Broukhim Inc MD Pension Trust | | 10640 Riverside Dr | | | North Hollywood | CA | 91602 | | 07/12/2021 | Administrative Priority | $250,000.00 | | | | $250,000.00 |
| 245 | Benjamin Broukhim | | Address Redacted | | | | | | | 05/03/2021 | General Unsecured Secured | $408,000.00 | $408,000.00 | Unknown | | |
| 218 | Bijan Nahai | | 487 Saint Pierre Rd | | | Los Angeles | CA | 90077 | | 04/26/2021 | General Unsecured | $87,780.26 | $87,780.26 | | | |
| 497 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 08/10/2021 | General Unsecured | $6,506,282.00 | $6,506,282.00 | | | |
| 428 | California Department of Tax and Fee Administration | | PO Box 942879 | | | Sacramento | CA | 94279-0055 | | 06/18/2021 | General Unsecured Priority | $116,985.18 | $67,598.13 | | $49,387.05 | |
| 472 | California Department of Tax and Fee Administration | Attn: Collections Support Bureau | PO Box 942879 | MIC:55 | | Sacramento | CA | 94279-0055 | | 07/19/2021 | Administrative Priority | $10,255.33 | | | | $10,255.33 |
| 65 | California Tool & Welding Supply | Attn: Sevina Bega | 201 Main St | | | Riverside | CA | 92501 | | 03/24/2021 | General Unsecured | $12,937.92 | $12,937.92 | | | |
| 362 | Canon Financial Services | Attn: Michael Tafilowski | 158 Gaither Dr | | | Mount Laurel | NJ | 08054 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 420 | Canon Solutions America Inc. | Attn: Annette Emery | 300 Commerce Square Blvd | | | Burlington | NJ | 08016 | | 06/15/2021 | General Unsecured | $506.25 | $506.25 | | | |
| 22 | CDW Direct LLC | c/o CDW LLC | Attn: Ronelle Erickson | 200 N Milwaukee Ave | | Vernon Hills | IL | 60061 | | 03/11/2021 | General Unsecured Priority | $3,825.00 | $0.00 | | $3,825.00 | |
| 285 | Cellco Partnership d/b/a Verizon Wireless | Attn: William M Vermette | 22001 Loudoun County Pkwy | | | Ashburn | VA | 20147 | | 05/12/2021 | General Unsecured | $5,589.35 | $5,589.35 | | | |
| 156 | Chesapeake Material Services LLC | Attn: Mark I. Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 04/16/2021 | General Unsecured | $0.00 | Expunged | | | |
| 75 | Chesapeake Materials | Coface North America Insurance Company | 650 College Rd E | Suite 2005 | | Princeton | NJ | 08540 | | 03/26/2021 | General Unsecured | $0.00 | Expunged | | | |
| 216 | Cigna Health and Life Insurance Company | Attn: Marylou Rice, Legal Compliance Lead Analyst | 900 Cottage Grove Rd | B6LPA | | Hartford | CT | 06152 | | 04/26/2021 | Priority Administrative Priority | $16,215.13 | | | $7,210.27 | $9,004.86 |
| 453 | Cigna Health and Life Insurance Company | Attn: Marylou Rice, Legal Compliance Lead Analyst | 900 Cottage Grove Rd | B6LPA | | Hartford | CT | 06152 | | 07/07/2021 | Administrative Priority | $22,252.21 | | | | $22,252.21 |
| 321 | City of Riverside | Attn: Finance Division & Public Utilities | 3900 Main St | 6th Floor | | Riverside | CA | 92522 | | 05/18/2021 | General Unsecured | $4,375,896.89 | $4,375,896.89 | | | |
| 382 | Clean Water Technology Inc. | Attn: Johanna Parra | 13008 S Western Ave | | | Gardena | CA | 90249 | | 05/20/2021 | General Unsecured | $60,489.05 | $60,489.05 | | | |
| 78 | Clearfreight Inc. | Attn: P D von Geusau | 1960 E Grand Ave | Suite 700 | | El Segundo | CA | 90245 | | 03/26/2021 | General Unsecured Administrative Priority | $1,825.22 | $1,042.57 | | | $782.65 |
| 206 | CLI Mason LLC | Attn: Benjamin Shapiro | 400 N Michigan Ave | Suite 250 | | Chicago | IL | 60611 | | 04/23/2021 | General Unsecured | $4,258,299.64 | $4,258,299.64 | | | |
| 138 | Cyntox LLC | | PO Box 930 | | | Jackson | NJ | 08527 | | 04/09/2021 | General Unsecured | $627.20 | $627.20 | | | |
| 17 | Datasite LLC | Attn: Leif Simpson | The Baker Center | 733 S Marquette Ave | Suite 600 | Minneapolis | MN | 55402 | | 03/16/2021 | General Unsecured | $12,115.84 | $12,115.84 | | | |
| 447 | Datasite LLC | Attn: Leif Simpson | The Baker Center | 733 S Marquette Ave | Suite 600 | Minneapolis | MN | 55402 | | 07/01/2021 | Administrative Priority | $27,917.57 | | | | $27,917.57 |
| 433 | Diana Rivera | | Address Redacted | | | | | | | 06/23/2021 | General Unsecured Priority | $895.69 | $345.61 | | $550.08 | |
| 86 | Dorstener Wire Tech Inc. | | 19994 Hickory Twig Way | | | Spring | TX | 77388 | | 03/30/2021 | General Unsecured | $18,692.10 | $18,692.10 | | | |
| 284 | Employment Development Department | c/o Special Procedures Section | PO Box 826880 | MIC 92E | | Sacramento | CA | 94280-0001 | | 05/10/2021 | Administrative Priority | $40,141.56 | | | | $40,141.56 |
| 150 | Euler Hermes N.A as agent for FAIRMONT LOGISTICS LLC (CLUS001577) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/15/2021 | General Unsecured | $0.00 | Expunged | | | |
| 147 | Euler Hermes N.A as Agent for TRINITY LOGISTICS, INC (431163) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/14/2021 | General Unsecured | $58,937.51 | $58,937.51 | | | |
| 274 | Evoqua Water Technologies LLC | | 10 Technology Dr | | | Lowell | MA | 01851 | | 05/10/2021 | General Unsecured | $0.00 | Expunged | | | |
| 336 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $360,993.46 | $360,993.46 | | | |
| 214 | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Avenue of the Americas | 41st Floor | | New York | NY | 10036 | | 04/26/2021 | General Unsecured | $51,244.51 | $51,244.51 | | | |
| 333 | Fairmont Logistics LLC | | 9401 Wilshire Blvd | Suite 575 | | Beverly Hills | CA | 90212 | | 05/19/2021 | General Unsecured | $300,853.00 | $300,853.00 | | | |
| 406 | Farhad Hekmat | | Address Redacted | | | | | | | 05/26/2021 | General Unsecured | $0.00 | Expunged | | | |
| 450 | Farhad Hekmat | | Address Redacted | | | | | | | 07/06/2021 | Administrative Priority | $87,780.26 | | | | $87,780.26 |
| 51 | Fastenal Company | c/o Legal Department | Attn: John Milek | 2001 Theurer Blvd | PO Box 978 | Winona | MN | 55987 | | 03/18/2021 | General Unsecured Administrative Priority | $8,249.08 | $2,246.62 | | | $6,002.46 |
| 492 | Franchise Tax Board | Attn: Bankruptcy Section | PO Box 2952 | MS A340 | | Sacramento | CA | 95812- | | 08/03/2021 | Priority | $800.00 | | | $800.00 | |
| 120 | Frasco Inc. | dba Profiles | Attn: Horacio Durazo | 215 W Alameda Ave | | Burbank | CA | 91502 | | 04/05/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 262 | George and Soheila Daneshgar, Trustees of the George and Soheila Daneshgar Family Living Trust Dtd 3/14/2003 | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $731,017.13 | $731,017.13 | | | |
| 263 | George and Soheila Daneshgar, Trustees of the George and Soheila Daneshgar Family Living Trust Dtd 3/14/2003 | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $731,476.26 | $731,476.26 | | | |
| 265 | George and Soheila Daneshgar, Trustees of the George and Soheila Daneshgar Family Living Trust Dtd 3/14/2003 | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $161,868.13 | $161,868.13 | | | |
| 470 | Gerardo Barcenas | | Address Redacted | | | | | | | 07/19/2021 | Priority | $850.14 | | | $850.14 | |
| 289 | Gorilla Logistics | | PO Box 244 | | | Avondale | PA | 19311 | | 05/12/2021 | General Unsecured | $41,750.00 | $41,750.00 | | | |
| 259 | GP Harmon Recycling LLC | Attn: Robia Wilson | 133 Peachtree St | | | Atlanta | GA | 30303 | | 05/06/2021 | General Unsecured | $93,779.60 | $93,779.60 | | | |
| 421 | Gregg Milhaput Jr. | | Address Redacted | | | | | | | 06/16/2021 | General Unsecured Priority | $34,615.38 | $23,210.91 | | $11,404.47 | |
| 228 | Howard Roofing Company Inc. | | 245 N Mountain View Ave | | | Pomona | CA | 91767 | | 04/28/2021 | General Unsecured | $128,792.00 | $128,792.00 | | | |
| 163 | IHS Global Inc. | Attn: Kendra Montoya | 15 Inverness Way E | | | Englewood | CO | 80112 | | 04/16/2021 | General Unsecured | $5,833.53 | $5,833.53 | | | |
| 465 | Inductive Automation LLC | Attn: Ilene Block, Noah Black | 90 Blue Ravine Rd | | | Folsom | CA | 95630 | | 07/15/2021 | General Unsecured | $5,133.48 | $5,133.48 | | | |
| 456 | Innovative Material Handling Systems | Attn: James Nicholas | 17 Landing Rd | | | Gloucester | MA | 01930 | | 07/09/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 438 | International Forklift Co. Inc. | Attn: Sal Andalon | 12358 McCann Dr | | | Santa Fe Springs | CA | 90670 | | 06/28/2021 | Administrative Priority | $24,982.21 | | | | $24,982.21 |
| 146 | Iraj and Shirin Maroofian Trust 2008 | | Address Redacted | | | | | | | 04/13/2021 | General Unsecured | $93,336.00 | $93,336.00 | | | |
| 212 | J Thompson Electric | Attn: James F Thompson | 594 S State College Blvd | | | Fullerton | CA | 92831 | | 04/26/2021 | General Unsecured | $105,864.00 | $105,864.00 | | | |
| 431 | Jose Franco | | Address Redacted | | | | | | | 06/21/2021 | General Unsecured | $0.00 | Expunged | | | |



**Claims Register as of 10/4/2021**
Sorted by Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 444 | Jose Franco | | Address Redacted | | | | | | | 06/30/2021 | Administrative Priority | $8,646.67 | | | | $8,646.67 |
| 261 | Joseph and Shiva Daneshgar, The Joseph & Shiva Daneshgar Family Living Trust | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $731,762.76 | $731,762.76 | | | |
| 264 | Joseph and Shiva Daneshgar, The Joseph & Shiva Daneshgar Family Living Trust | | 468 N Camden Dr | Suite 300 | | Beverly Hills | CA | 90210 | | 05/07/2021 | General Unsecured | $161,868.13 | $161,868.13 | | | |
| 466 | JT Mckinney | Attn: Jennifer Delgadillo | 2601 Saturn St | Suite 110 | | Brea | CA | 92821 | | 07/19/2021 | General Unsecured | $29,364.68 | $29,364.68 | | | |
| 483 | Kamran H. Broukhim, MD DBPP | | Address Redacted | | | | | | | 07/23/2021 | Administrative Priority | $225,000.00 | | | | $225,000.00 |
| 436 | Kimball Smith | | Address Redacted | | | | | | | 06/26/2021 | Priority | $9,192.01 | | | $9,192.01 | |
| 241 | Kohner Mann & Kailas SC | Attn: Samuel C. Wisotzkey, Esq. | 4650 N Port Washington Rd | Washington Bldg | | Milwaukee | WI | 53212 | | 05/03/2021 | Secured | $0.00 | | Withdrawn | | |
| 39 | KRS Recycling Systems Inc. | Attn: Cathy Federspiel | 1903 Maryland Ave | | | Niagara Falls | NY | 14305 | | 03/19/2021 | General Unsecured | $1,472.67 | $1,472.67 | | | |
| 449 | Leon Farahnik | | Address Redacted | | | | | | | 07/02/2021 | Priority | $7,617.60 | | | $7,617.60 | |
| 162 | Lexmar Distribution Inc. | Attn: Vahe Avedisian | 200 Erie St | | | Pomona | CA | 91768 | | 04/16/2021 | General Unsecured | $171,444.07 | $171,444.07 | | | |
| 507 | Lexmar Distribution Inc. | Attn: Alexander Kole | 200 Erie St | | | Pomona | CA | 91768 | | 09/05/2021 | General Unsecured | $1,463,496.51 | $1,463,496.51 | | | |
| 479 | Life Insurance Company of North America | Attn: Lisa Durrenberger, Senior Specialist | 1601 Chestnut St | | | Philadelphia | PA | 19192 | | 07/22/2021 | Administrative Priority | $4,000.00 | | | | $4,000.00 |
| 60 | Linguistic Systems Inc. | Attn: Dana Stone | 260 Franklin St | Suite 230 | | Boston | MA | 02110 | | 03/23/2021 | Administrative Priority | $2,316.73 | | | | $2,316.73 |
| 242 | LJ's Access Systems Inc. | | 8755 Swinton Ave | | | North Hills | CA | 91343 | | 05/03/2021 | General Unsecured | $1,329.48 | $1,329.48 | | | |
| 379 | Luckey Logistics LLC | c/o James Kelly Law Firm | 7817 N Knoxville | | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 23 | M.A. Yeakel Sons Inc. | Attn: Zachary Cohen | 1620 Pond Rd | Suite 200 | | Allentown | PA | 18104 | | 03/16/2021 | General Unsecured | $0.00 | Expunged | | | |
| 455 | Major Science/Winpact Scientific Inc. | | 19959 Sea Gull Way | | | Saratoga | CA | 95070 | | 07/09/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 236 | Max-California Associates, a California General Partnership | | 9440 Santa Monica Blvd | Suite 700 | | Beverly Hills | CA | 90210 | | 04/30/2021 | General Unsecured | $138,529.00 | $138,529.00 | | | |
| 237 | Max-California Associates, a California General Partnership | | 9440 Santa Monica Blvd | Suite 700 | | Beverly Hills | CA | 90210 | | 04/30/2021 | General Unsecured | $401,870.00 | $401,870.00 | | | |
| 238 | Max-California Associates, a California General Partnership | | 9440 Santa Monica Blvd | Suite 700 | | Beverly Hills | CA | 90210 | | 04/30/2021 | General Unsecured | $1,427,412.00 | $1,427,412.00 | | | |
| 446 | MD Environmental Inc. | Attn: Mario Delgado | 12756 Central Ave | | | Chino | CA | 91710 | | 06/30/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 393 | Microsoft Corporation | c/o Fox Rothschild LLP | Attn: Maria A. Milano | 1001 4th Ave | Suite 4500 | Seattle | WA | 98154 | | 05/21/2021 | General Unsecured Administrative Priority | $26,667.27 | $25,206.40 | | | $1,460.87 |
| 280 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/11/2021 | General Unsecured | $253,707.46 | $253,707.46 | | | |
| 308 | Monteleone & McCrory, LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/17/2021 | General Unsecured | $10,289.75 | $10,289.75 | | | |
| 168 | Mr. Crane | Attn: Robert Schiller | 647 N Hariton St | | | Orange | CA | 92868 | | 04/19/2021 | General Unsecured | $10,817.70 | $10,817.70 | | | |
| 478 | Mr. Crane | Attn: Robert Schiller | 647 N Hariton St | | | Orange | CA | 92868 | | 07/22/2021 | General Unsecured Administrative Priority | $11,791.32 | $11,791.32 | | | $0.00 |
| 354 | Nahai Insurance Services Inc. | c/o Polsinelli LLP | Attn: Randye Soref | 2049 Century Park E | Suite 2900 | Los Angeles | CA | 90067 | | 05/19/2021 | General Unsecured | $46,817.52 | $46,817.52 | | | |
| 113 | Naomi Levy | | Address Redacted | | | | | | | 04/02/2021 | General Unsecured | $27,564.00 | $27,564.00 | | | |
| 141 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | | 04/12/2021 | General Unsecured Secured Administrative Priority | $6,133,624.38 | $5,639,168.38 | Unknown | | $494,456.00 |
| 266 | Olympic Wire and Equipment Co. Inc. | | 3001 Red Hill Ave | Bldg 2 | Suite 102 | Costa Mesa | CA | 92626 | | 05/07/2021 | General Unsecured | $1,288.19 | $1,288.19 | | | |
| 320 | Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy Kleinman | 1327 W Washington Blvd | Suite 5 G-H | Chicago | IL | 60607 | | 05/18/2021 | General Unsecured | $381,884.26 | $381,884.26 | | | |
| 482 | Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy Kleinman | 1327 W Washington Blvd | Suite 5 G-H | Chicago | IL | 60607 | | 07/23/2021 | Administrative Priority | $54,000.00 | | | | $54,000.00 |
| 390 | Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 | | 05/21/2021 | General Unsecured | $341,811.41 | $341,811.41 | | | |
| 381 | Plastic Recycling Corp. of California | c/o Sheppard Mullin Richter Hampton LLP | Attn: Barrett Marum | 379 Lytton Ave | | Palo Alto | CA | 94301-1479 | | 05/20/2021 | General Unsecured | $965,078.67 | $965,078.67 | | | |
| 385 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 05/21/2021 | General Unsecured | $0.00 | Unliquidated | | | |
| 387 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 05/21/2021 | General Unsecured | $0.00 | Unliquidated | | | |
| 500 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 08/11/2021 | General Unsecured | $2,256,649.02 | $2,256,649.02 | | | |
| 217 | Rainbow Bolt & Supply Inc. | | 4030 Garner Rd | | | Riverside | CA | 92501 | | 04/26/2021 | General Unsecured | $443.57 | $443.57 | | | |
| 66 | Reign Industries Inc. | Attn: Shahriar Sadeghi | 357 Cliffwood Park St | Suite A | | Brea | CA | 92821 | | 03/24/2021 | General Unsecured | $840.00 | $840.00 | | | |
| 20 | RePET Inc. | Attn: Jui-Li Yen & Jay Chein | 14207 Monte Vista Ave | | | Chino | CA | 91710 | | 03/16/2021 | General Unsecured | $587,732.16 | $587,732.16 | | | |
| 306 | Replenysh Inc. | | PO Box 515381 | PMB 83530 | | Los Angeles | CA | 90051-6681 | | 05/17/2021 | General Unsecured | $145,079.80 | $145,079.80 | | | |
| 246 | Revel Environmental Manufacturing Inc | Attn: Judith Hart | 960 B Detroit Ave | | | Concord | CA | 94518 | | 05/04/2021 | General Unsecured | $4,499.76 | $4,499.76 | | | |
| 448 | Rich Costa | | Address Redacted | | | | | | | 07/01/2021 | General Unsecured Priority | $24,530.40 | $10,880.40 | | $13,650.00 | |
| 183 | Riverside County Tax Collector | Attn: Adelina Abril | 4080 Lemon St | 4th Floor | | Riverside | CA | 92501 | | 04/12/2021 | General Unsecured | $861,676.01 | $861,676.01 | | | |
| 486 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 07/28/2021 | Administrative Priority | $7,638.82 | | | | $7,638.82 |
| 419 | rPlanet Earth Los Angeles LLC | | 5300 S Boyle Ave | | | Vernon | CA | 90058 | | 06/11/2021 | General Unsecured | $1,037,481.15 | $1,037,481.15 | | | |
| 226 | Sesotec Inc. | c/o Ariano Hardy Ritt Nyuli Richmond Lytle & Goettel PC | Attn: Scott Richmond | 2000 McDonald Rd | Suite 200 | South Elgin | IL | 60177 | | 04/28/2021 | General Unsecured | $0.00 | Expunged | | | |
| 299 | Sidley Austin LLP | | One South Dearborn | | | Chicago | IL | 60603 | | 05/14/2021 | General Unsecured | $28,469.84 | $28,469.84 | | | |
| 396 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 257 | Starlinger + CO. Gesellschaft m.b.H. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 05/06/2021 | Secured | $0.00 | | Expunged | | |
| 350 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | Secured | $0.00 | | Expunged | | |
| 76 | Sulzer Electro-Mechanical Services (US) Inc. | Attn: Gabriela Espinoza-Campos | 1910 Jasmine Dr | | | Pasadena | TX | 77503 | | 03/26/2021 | General Unsecured | $11,328.91 | $11,328.91 | | | |
| 71 | System Packaging Co. | | 5690 Rickenbacker Rd | | | Bell | CA | 90201 | | 03/25/2021 | General Unsecured | $1,270.65 | $1,270.65 | | | |
| 106 | Tigunia LLC | Attn: Bret Weber | PO Box 31014 | | | Edmond | OK | 73003 | | 04/01/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 283 | TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 | | 05/11/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 164 | Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 04/18/2021 | General Unsecured | $142,390.38 | $142,390.38 | | | |
| 291 | Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 05/12/2021 | General Unsecured | $1,261.84 | $1,261.84 | | | |
| 441 | Toyota Industries Commercial Finance Inc. | | PO Box 660926 | | | Dallas | TX | 75266- | | 06/29/2021 | Administrative Priority | $26,690.61 | | | | $26,690.61 |
| 109 | Uline | Attn: Nancy L Halcom | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 03/30/2021 | General Unsecured | $11,612.63 | $11,612.63 | | | |
| 468 | Vega America Inc. | | 5000 Birch St | Suite 4500 | | Newport Beach | CA | 92660 | | 07/19/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 112 | Veritiv Operating Company | c/o Commercial Collection Corp of NY | Attn: John Holler | 34 Seymour St | | Tonawanda | NY | 14150 | | 04/01/2021 | General Unsecured | $1,550.00 | $1,550.00 | | | |
| 427 | Vijendra Siddhi | | Address Redacted | | | | | | | 06/20/2021 | General Unsecured Priority | $17,306.61 | $3,656.61 | | $13,650.00 | |
| 152 | Warner & Warner Inc. | Attn: Judy Kirschling | PO Box 308 | 4020 Corporate Ave | | Plover | WI | 54467 | | 04/15/2021 | General Unsecured | $113,751.46 | $113,751.46 | | | |
| 130 | WM Recycle America LLC | Attn: Jacquolyn Mills | 800 Capitol St | Suite 3000 | | Houston | TX | 77002 | | 04/07/2021 | General Unsecured | $5,655.00 | $5,655.00 | | | |
| 77 | Yokogawa Corporation of America | Attn: Yokogawa Legal Department | 12530 W Airport Blvd | | | Sugar Land | TX | 77478 | | 03/26/2021 | General Unsecured | $1,960.00 | $1,960.00 | | | |